UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors,

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KWESI MENSAH

Case No.: 19-33297

Chapter: 13

Judge: Michael B. Kaplan

### ORDER AUTHORIZING RETENTION OF

Robert J. Gallop, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: March 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Robert J. Gallop, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: O'Toole Scrivo, Attorneys at Law
   14 Village Park Road
   Cedar Grove, NJ 07009

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15