UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors,

Order Filed on March 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KWESI MENSAH

Case No.: 19-33297

Chapter: 13

Judge: Michael B. Kaplan

### ORDER AUTHORIZING RETENTION OF

Robert J. Gallop, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: March 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Robert J. Gallop, Esq._____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: O'Toole Scrivo, Attorneys at Law
   14 Village Park Road
   Cedar Grove, NJ 07009

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kwesi Mensah  
    Debtor

Case No. 19-33297-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 02, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.  
db         +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          David G. Beslow    on behalf of Debtor Kwesi Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating
           to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
           Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on
           behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
           DMcDonough@flwlaw.com
          Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC
           gavin@stewartlegalgroup.com
          Mark Goldman    on behalf of Debtor Kwesi Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                 TOTAL: 7