Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33297−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kwesi Mensah
  168 Matilda Avenue
  Somerset, NJ 08873

Social Security No.:
  xxx−xx−9959

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/8/20 at 09:00 AM

to consider and act upon the following:

33 − Objection to Debtor's Claim of Exemptions filed by Albert Russo. (Russo, Albert)


Dated: 3/9/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court