Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–33297–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kwesi Mensah
  168 Matilda Avenue
  Somerset, NJ 08873

Social Security No.:
  xxx–xx–9959

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/8/20 at 09:00 AM

to consider and act upon the following:

*33* – Objection to Debtor's Claim of Exemptions filed by Albert Russo. (Russo, Albert)

Dated: 3/9/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-33297-MBK
Kwesi Mensah                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 1            Date Rcvd: Mar 09, 2020
                               Form ID: ntchrgbk       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          David G. Beslow    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating
           to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
           Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor   U.S. Bank National Association, as trustee, on
           behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
           DMcDonough@flwlaw.com
          Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC
           gavin@stewartlegalgroup.com
          Mark Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 7