Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33297−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kwesi Mensah
  168 Matilda Avenue
  Somerset, NJ 08873

Social Security No.:
  xxx−xx−9959

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

  Please be advised that on April 27, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 41 − 40
Order Granting Application for Extension of Loss Mitigation (Related Doc # 40). Loss Mitigation Period Extended to: 6/30/20. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/27/2020. (kmm)

  Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 27, 2020
JAN: kmm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kwesi Mensah  
    Debtor

Case No. 19-33297-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 27, 2020  
                 Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
lm         +E-mail/Text: jennifer.chacon@spservicing.com Apr 27 2020 23:45:11  
          Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250  
                                                                                                                     TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2020 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        David G. Beslow    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, relating  
         to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,  
         Series 2007-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Douglas J. McDonough    on behalf of Creditor   U.S. Bank National Association, as trustee, on  
         behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1  
         DMcDonough@flwlaw.com  
        Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC bk@stewartlegalgroup.com  
        Mark Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,  
         yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                         TOTAL: 7