Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−33297−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwesi Mensah
   168 Matilda Avenue
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−9959

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on July 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 46 − 45
Order Granting Application for Extension of Loss Mitigation (Related Doc # 45). Loss Mitigation Period Extended to: SEPTEMBER 30, 2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/2/2020. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 2, 2020
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-33297-MBK
Kwesi Mensah                                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1               Date Rcvd: Jul 02, 2020
                               Form ID: orderntc        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
db             +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128
cr             +Specialized Loan Servicing, LLC,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
          Albert Russo     docs@russotrustee.com
          David G. Beslow    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, relating
           to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
           Series 2007-2 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor   U.S. Bank National Association, as trustee, on
           behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
           DMcDonough@flwlaw.com
          Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
          Mark Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7