UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq.  #DGB-5300
Attorneys for Debtor(s)

In Re:
KWESI MENSAH

Order Filed on July 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-33297
Chapter: 13
Judge: Michael B. Kaplan

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  January 22, 2020 :

Property:    168 Matilda Avenue, Somerset, New Jersey 08873

Creditor:    Select Portfolio Servicing

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  September 30, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

rev.12/17/19

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kwesi Mensah  
    Debtor

Case No. 19-33297-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 02, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.  
db          +Kwesi Mensah,   168 Matilda Avenue,   Somerset, NJ 08873-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com  
          David G. Beslow    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,  
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,  
           Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Douglas J. McDonough    on behalf of Creditor   U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1  
           DMcDonough@flwlaw.com  
          Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com  
          Mark   Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,  
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                             TOTAL: 7