Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–33297–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kwesi Mensah
  168 Matilda Avenue
  Somerset, NJ 08873

Social Security No.:
  xxx–xx–9959

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       9/23/20
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
FEES $3,190.11

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 19, 2020
JAN: ckk

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kwesi Mensah  
    Debtor

Case No. 19-33297-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 19, 2020  
                   Form ID: 137     Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2020.

```
db             +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128
aty            +Frenkel Lambert Weiss Weisman & Gordon LLP,    80 Main Street,    Suite 460,
                 West Orange, NJ 07052-5414
sp             +Robert Gallop,    O'Toole Scrivo,    14 Village Park Road,    Cedar Grove, NJ 07009-1246
cr             +Specialized Loan Servicing, LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
518621387      +Accredited Surety & Casualy Company, Inc,    4798 New Broad Street,    Suite 200,
                 Orlando, FL 32814-6436
518621389      +Adesa,    200 North Main Street,    Manville, NJ 08835-1396
518621388      +Adesa,    11299 N. Illinois Street,    Carmel, IN 46032-8887
518621390      +Adesa,    3328 US Highway 206,    Bordentown, NJ 08505-4504
518621391      +Capital One Bank USA NA,    c/o Managing Agent,    810 Bloomfield Avenue,
                 Caldwell, NJ 07006-6700
518758334      +Edward Magaziner MD PA,    2186 Route 27, Suite 2D,    North Brunswick, NJ 08902-1137
518621394       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518621395      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518621397      +Experian,    P.O. Box 4500,    Allen, TX 75013-1311
518621396      +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
518621401      +Midland Funding,    4900 South Western Avenue,    Sioux Falls, SD 57108-2747
518621399       Midland Funding,    c/o Pressler Felt and Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
518621402      +Mortgage Electronic Registration Systems,    as nominee for Credit Suisse Financial,
                 c/o R/A Corporation Trust Company,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
518621403      +Mortgage Electronic Registration Systems,    nominee for Specialized Loan Servicing,
                 c/o R/A Corporation Trust Company,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
518758335      +New Jersey Imaging Network,    27695 Network Place,    Chicago, IL 60673-1276
518645837       New York State Dept of Finance,    POB 5300,    Albany, NY 12205-0300
518621404      +New York State Division of Taxation,    W A Harriman Campus,    Albany, NY 12227-0001
518758336      +Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
518621405      +Select Portfolio Servicing,    3815 South West Temple Street,    Salt Lake City, UT 84115-4412
518621406      +Select Portfolio Servicing c/o,    Frenkel Lambert Weiss Weisman & Gordon,
                 80 Main Street, Ste. 460,    West Orange, NJ 07052-5414
518621411      +State of New Jersey,    c/o Attorney General,    25 West Market Street,    PO Box 080,
                 Trenton, NJ 08625-0080
518621410      +State of New Jersey,    Division of Taxation,    50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
518758337       The Port Authority of NY & NJ,    Violations Processing Center,    P.O. Box 15186,
                 Albany, NY 12212-5186
518621412       TransUnion Consumer Solutions,    P.O. Box 2000,    Crum Lynne, PA 19022
518621413      +TransUnion LLC,    2 Baldwin Place,    PO Box 1000,    Chester, PA 19016-1000
518727540      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518621414      +US Bank National Association,    c/o Frenkel Lambert Weiss Weisman & Gordon,    80 Main Street,
                 Suite 460,    West Orange, NJ 07052-5414
518758338      +University Radiology Group, PC,    P.O. Box 1075,    East Brunswick, NJ 08816-1075
518621416       Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
518621415      +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
                 Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 23:26:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 23:26:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518621392       E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
518621393       E-mail/Text: mrdiscen@discover.com Aug 19 2020 23:25:46      Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518621398       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 23:25:58      Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114-0326
518721906       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 23:26:34      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518621400      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2020 23:26:25      Midland Funding,
                 8875 Aero Drive,    San Diego, CA 92123-2255
518621407      +E-mail/Text: jennifer.chacon@spservicing.com Aug 19 2020 23:26:54
                 Select Portfolio Servicing Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518623528      +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 23:35:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                Date Rcvd: Aug 19, 2020
                               Form ID: 137                Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518621408*     +Select Portfolio Servicing Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518621409*     +Select Portfolio Servicing, Inc.,    3815 South West Temple Street,
                Salt Lake City, UT 84115-4412
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David G. Beslow     on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as Trustee, relating
               to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
               Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough     on behalf of Creditor   U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
               DMcDonough@flwlaw.com
              Gavin   Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
              Mark   Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```