Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                      Case No.:  19−33297−MBK
                                      Chapter:  13
                                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kwesi Mensah
   168 Matilda Avenue
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−9959

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/19/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 20, 2020
JAN: bwj

                                                               Jeanne Naughton
                                                               Clerk

```
                                   United States Bankruptcy Court
                                         District of New Jersey
In re:                                                                  Case No. 19-33297-MBK
Kwesi Mensah                                                            Chapter 13
        Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Aug 20, 2020
                               Form ID: 148                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db             +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128
aty            +Frenkel Lambert Weiss Weisman & Gordon LLP,     80 Main Street,    Suite 460,
                 West Orange, NJ 07052-5414
sp             +Robert Gallop,    O'Toole Scrivo,   14 Village Park Road,    Cedar Grove, NJ 07009-1246
cr             +Specialized Loan Servicing, LLC,    P.O. Box 340514,   Tampa, FL 33694-0514
518621387      +Accredited Surety & Casualy Company, Inc,    4798 New Broad Street,    Suite 200,
                 Orlando, FL 32814-6436
518621389      +Adesa,   200 North Main Street,    Manville, NJ 08835-1396
518621388      +Adesa,   11299 N. Illinois Street,    Carmel, IN 46032-8887
518621390      +Adesa,   3328 US Highway 206,    Bordentown, NJ 08505-4504
518621391      +Capital One Bank USA NA,    c/o Managing Agent,   810 Bloomfield Avenue,
                 Caldwell, NJ 07006-6700
518758334      +Edward Magaziner MD PA,    2186 Route 27, Suite 2D,   North Brunswick, NJ 08902-1137
518621394       Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
518621395      +Equifax Credit Info. Services,Inc.,    P.O. Box 740241,    Atlanta, GA 30374-0241
518621397      +Experian,   P.O. Box 4500,    Allen, TX 75013-1311
518621396      +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
518621401      +Midland Funding,    4900 South Western Avenue,   Sioux Falls, SD 57108-2747
518621399       Midland Funding,    c/o Pressler Felt and Warshaw,   7 Entin Road,    Parsippany, NJ 07054-5020
518621402      +Mortgage Electronic Registration Systems,    as nominee for Credit Suisse Financial,
                 c/o R/A Corporation Trust Company,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
518621403      +Mortgage Electronic Registration Systems,    nominee for Specialized Loan Servicing,
                 c/o R/A Corporation Trust Company,    820 Bear Tavern Road,    Trenton, NJ 08628-1021
518758335      +New Jersey Imaging Network,    27695 Network Place,   Chicago, IL 60673-1276
518645837       New York State Dept of Finance,    POB 5300,   Albany, NY 12205-0300
518621404      +New York State Division of Taxation,    W A Harriman Campus,    Albany, NY 12227-0001
518758336      +Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
518621405      +Select Portfolio Servicing,    3815 South West Temple Street,    Salt Lake City, UT 84115-4412
518621406      +Select Portfolio Servicing c/o,    Frenkel Lambert Weiss Weisman & Gordon,
                 80 Main Street, Ste. 460,    West Orange, NJ 07052-5414
518621410      +State of New Jersey,    Division of Taxation,   50 Barrack Street,    P.O. Box 269,
                 Trenton, NJ 08602-0269
518621411      +State of New Jersey,    c/o Attorney General,   25 West Market Street,    PO Box 080,
                 Trenton, NJ 08625-0080
518758337       The Port Authority of NY & NJ,    Violations Processing Center,    P.O. Box 15186,
                 Albany, NY 12212-5186
518621412       TransUnion Consumer Solutions,    P.O. Box 2000,   Crum Lynne, PA 19022
518621413      +TransUnion LLC,    2 Baldwin Place,   PO Box 1000,   Chester, PA 19016-1000
518727540      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518621414      +US Bank National Association,    c/o Frenkel Lambert Weiss & Gordon,    80 Main Street,
                 Suite 460,   West Orange, NJ 07052-5414
518758338      +University Radiology Group, PC,    P.O. Box 1075,   East Brunswick, NJ 08816-1075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2020 01:27:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2020 01:27:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518621392       EDI: DISCOVER.COM Aug 21 2020 04:38:00     Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,   Wilmington, DE 19850
518621393       EDI: DISCOVER.COM Aug 21 2020 04:38:00     Discover Financial,    Pob 15316,
                 Wilmington, DE 19850
518621398       EDI: IRS.COM Aug 21 2020 04:38:00     Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114-0326
518721906       EDI: JEFFERSONCAP.COM Aug 21 2020 04:38:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518621400      +EDI: MID8.COM Aug 21 2020 04:38:00     Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
518621407      +E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 01:28:41
                 Select Portfolio Servicing Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
518623528       EDI: RMSC.COM Aug 21 2020 04:38:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518621415      +EDI: WFFC.COM Aug 21 2020 04:38:00     Wells Fargo Bank NA,    Attn: Bankruptcy,
                 1 Home Campus Mac X2303-01a,    Des Moines, IA 50328-0001
518621416       EDI: WFFC.COM Aug 21 2020 04:38:00     Wells Fargo Bank NA,    Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
                                                                                              TOTAL: 11
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Aug 20, 2020
                              Form ID: 148               Total Noticed: 43

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Select Portfolio Servicing,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
518621408*     +Select Portfolio Servicing Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
518621409*     +Select Portfolio Servicing, Inc.,   3815 South West Temple Street,
                Salt Lake City, UT 84115-4412
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              David G. Beslow    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating
               to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
               Series 2007-2 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on
               behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
               DMcDonough@flwlaw.com
              Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
              Mark   Goldman    on behalf of Debtor Kwesi  Mensah yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7