UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on September 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KWESI MENSAH

Debtor (s)

Case No:   19-33297/MBK

Chapter 13

Judge:

# FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: September 23, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Kwesi Mensah
Chapter 13 Case#: 19-33297/MBK
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $ 6475.75 as his fee and $ 559.36 for costs and expenses of which $ 3845.00 has already been received by said attorney and of which the balance of $ 3190.11 or the amount on hand shall be paid by the Chapter 13 Standing Trustee directly to debtor's attorney in the event of dismissal

11