UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey 07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on September 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KWESI MENSAH

Debtor(s)

Case No: 19-33297/MBK

Chapter 13

Judge:

# FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503(b)

The relief set forth on the following page number two (2) is hereby ORDERED.

DATED: September 23, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Kwesi Mensah
Chapter 13 Case#: 19-33297/MBK
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC § 503 (b)

---

THIS MATTER, having been opened before the Court upon the application of Mark Goldman, Esq., attorney for the debtor(s), for an Order for an Allowance of Fees to the debtor's attorney and the Court having considered the Affidavit of Services and Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors is hereby allowed the sum of $6475.75 as his fee and $559.36 for costs and expenses of which $3845.00 has already been received by said attorney and of which the balance of $3190.11 or the amount on hand shall be paid by the Chapter 13 Standing Trustee directly to debtor's attorney in the event of dismissal

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-33297-MBK
Kwesi Mensah                                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Sep 23, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +Kwesi Mensah,    168 Matilda Avenue,    Somerset, NJ 08873-3128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      David G. Beslow    on behalf of Debtor Kwesi Mensah yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating
      to Home Equity Mortgage Trust Series 2007-2, Home EquityMortgage Pass-Through Certificates,
      Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Douglas J. McDonough    on behalf of Creditor    U.S. Bank National Association, as trustee, on
      behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1
      DMcDonough@flwlaw.com
      Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC bk@stewartlegalgroup.com
      Mark Goldman    on behalf of Debtor Kwesi Mensah yrodriguez@goldmanlaw.org,
       yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                        TOTAL: 7